Beverly Ann CELANI

v.

NU–FRAME JEWELRY, INC.

No. 84–405–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Beverly A. Celani, pro se.

Rudolph E. Boffi, Vincent F. Kane, Providence, for respondent.

ORDER

The petitioner's motion for relief from the filing fee, as prayed, is granted. The petition for writ of certiorari and request for injunction are denied.

Rebecca CHURCH, Alias
Rebecca Mowry

v.

John F. McBURNEY.

No. 84–508–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Edward F. Stonge, Johnston, for petitioner.

Christine L. McBurney, Pawtucket, for respondent.

ORDER

The petition for writ of certiorari is denied.

CITY OF PROVIDENCE

v.

Antonette CASOLI, Alias Jane Doe.

No. 84–520–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Richard G. Riendeau, Cranston, for petitioner.

Thomas A. DiLuglio, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

The COACHMAN, INC.

v.

John H. NORBERG, Tax Administrator.

No. 84–508–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

William F. Hague, Providence, for petitioner.

Perry Shatkin, Chief Legal Office, Div. of Taxation, Dennis J. Roberts II, Atty. Gen., Donald G. Elbert, Jr., Asst. Atty. Gen., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.